**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ZEKEE RAYFORD, *Plaintiff* | § § § § § § § § § § | SA-22-CV-01328-XR |
| -vs- | | |
| CITY OF SCHERTZ, MICHAEL R. HANSEN, FRANK CHAVARRIA, MEGAN FENNESY, DANIELLE APGAR *Defendants* | | |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Defendants Frank Chavarria, Megan Fennesy, and Danielle Apgar's Motion for Summary Judgment (ECF No. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall take nothing by his claims against Defendants and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 7th day of February, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE